| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. | | | | | Sold | 06/18/12 | J | A | |
| 971.   ----Bunge Ltd. (common) (Y) | | | | | | | | | |
| 972.   ----Cablevision Systems Corp. (common) (Y) | | | | | | | | | |
| 973.   ----Cameron International Corp. (common) (Y) | | | | | | | | | |
| 974.   ----Carnival Corp. (common) (Y) | | | | | | | | | |
| 975.   ----CB Richard Ellis Group Inc.-A | | | | | Sold | 07/09/12 | J | A | |
| 976.   ----CBS Corp.--Class B Non-Voting (Y) | | | | | | | | | |
| 977.   ----Celgene Corp. (common) | | | | | Sold | 2/27/12 | J | A | |
| 978.   ----Citrix Systems Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 979.   ----Centrylink Inc. (common) | | | | | Sold (part) | 06/12/12 | J | A | |
| 980. | | | | | Sold | 07/16/12 | J | A | |
| 981.   ----CF Industries Holdings Inc. (common) (Y) | | | | | | | | | |
| 982.   ----Cimarex Energy Co. (common) (Y) | | | | | | | | | |
| 983.   ----Cisco Systems Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 984.   ----Citigroup Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 985.   ----Cliffs Natural Resources Inc. (common) (Y) | | | | | | | | | |
| 986.   ---CME Group Inc. (common) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. ----CMS Energy Corp. (common) | | | | | Sold | 3/1/12 | J | A | |
| 988. ----Comcast Corp. (common) | | | | | Sold (part) | 06/12/12 | J | A | |
| 989. | | | | | Sold | 07/16/12 | J | A | |
| 990. ----Comerica Inc. (common) (Y) | | | | | | | | | |
| 991. ----Commercial Metals Co. (common) (Y) | | | | | | | | | |
| 992. ----Community Health Systems Inc. (common) (Y) | | | | | | | | | |
| 993. ----ConocoPhililips (common) (Y) | | | | | Sold (part) | 1/11/12 | J | A | |
| 994. ----Constellation Brands Inc. (common) | | | | | Sold | 5/15/12 | J | A | |
| 995. ----Cooper Industries PLC (common) (Y) | | | | | | | | | |
| 996. ----Corning Inc. (common) | | | | | Sold | 5/24/12 | J | A | |
| 997. ----Costco Wholesale Corp. (common) (Y) | | | | | | | | | |
| 998. ----Covidien PLC (common) | | | | | Sold | 07/16/12 | J | A | |
| 999. ----Credit Suisse Group-Spon ADR (Y) | | | | | | | | | |
| 1000. ----Danaher Corp. (common) | | | | | Sold | 07/16/12 | J | B | |
| 1001. ----Dean Foods Co. (common) (Y) | | | | | | | | | |
| 1002. ----Deere & Co. (common) (Y) | | | | | | | | | |
| 1003. ----Dell Inc. (common) | | | | | Sold | 2/21/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. ----Delta Airlines Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1005. ----Deutsche Bank AG-Registered (Y) | | | | | | | | | |
| 1006. ----Devon Energy Corp. (common) | | | | | Sold | 06/27/12 | J | A | |
| 1007. ----DirecTV (common) | | | | | Sold | 06/12/12 | J | A | |
| 1008. ----Dollar General Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1009. ----Dow Chemical Co. (common) | | | | | Sold | 3/27/12 | J | A | |
| 1010. ----Dover Corp. (common) (Y) | | | | | | | | | |
| 1011. ----DTE Energy Co. (common) (Y) | | | | | Sold (part) | 3/26/12 | J | A | |
| 1012. ----Du Pont (common) (Y) | | | | | | | | | |
| 1013. ----Eaton Corp. (common) (Y) | | | | | | | | | |
| 1014. ----EMC Corp Mass. (common) | | | | | Sold | 06/18/12 | J | B | |
| 1015. ----EOG Res. Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1016. ----Estee Lauder Companies Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1017. ----Emerson Electric Co. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1018. ----Edison International (common) (Y) | | | | | | | | | |
| 1019. ----Ensco PLC-Spon ADR (Y) | | | | | | | | | |
| 1020. ----EOG Resources Inc. (common) | | | | | Sold | 07/16/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. ----Express Scripts Inc. (common) | | | | | Sold | 5/17/12 | J | A | |
| 1022. ----Exxon Mobil Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1023. ----FedEx Corp. (common) (Y) | | | | | | | | | |
| 1024. ----Fifth Third Bancorp. (common) (Y) | | | | | | | | | |
| 1025. ----Flowserve Corp. (common) | | | | | Sold (part) | 4/19/12 | J | A | |
| 1026. | | | | | Sold | 06/29/12 | J | A | |
| 1027. ----FMC Technologies Inc. (common) | | | | | Sold | 5/17/12 | J | A | |
| 1028. ----Ford Motor Co. (common) (Y) | | | | | | | | | |
| 1029. ----Franklin Resources Inc. (common) (Y) | | | | | | | | | |
| 1030. ----Freeport-McMoran Copper (common) | | | | | Sold | 6/1/12 | J | A | |
| 1031. ----Gannett Co. Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1032. ----Gap Inc. (common) (Y) | | | | | | | | | |
| 1033. ----Garmin Ltd. (common) (Y) | | | | | | | | | |
| 1034. ----General Electric Co. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1035. ----General Mills Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1036. ----General Motors Co. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1037. ----Gilead Sciences Inc. (common) | | | | | Sold (part) | 5/17/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. | | | | | Sold | 07/16/12 | J | B | |
| 1039. ----Goldman Sachs (common) | | | | | Sold (part) | 3/16/12 | J | A | |
| 1040. | | | | | Sold | 06/21/12 | J | A | |
| 1041. ----Goodrich Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1042. ----Google Inc. (common) | | | | | Sold (part) | 06/18/12 | J | B | |
| 1043. | | | | | Sold | 07/16/12 | J | B | |
| 1044. ----Harley Davidson Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1045. ----HCA Holdings Inc. (common) (Y) | | | | | | | | | |
| 1046. ----Health Net Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1047. ----Hess Corp. (common) (Y) | | | | | | | | | |
| 1048. ----Hewlett-Packarad Co. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1049. ----Home Depot Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1050. ----Honeywell International Inc. (common) (Y) | | | | | | | | | |
| 1051. ----Illinois Tool Works (common) (Y) | | | | | | | | | |
| 1052. ----Ingersoll Rand PLC (common) (Y) | | | | | | | | | |
| 1053. ----Intel Corp. (common) (Y) | | | | | | | | | |
| 1054. ----Intuit Inc. (common) | | | | | Sold | 07/16/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. ----J.C. Penney Co. Inc. (common) (Y) | | | | | | | | | |
| 1056. ----Johnson Controls Inc. (common) | | | | | Sold | 2/13/12 | J | A | |
| 1057. ----Johnson & Johnson (common) | | | | | Sold (part) | 06/22/12 | J | A | |
| 1058. | | | | | Sold | 07/16/12 | J | A | |
| 1059. ----JPMorgan Chase & Co. (common) | | | | | Sold (part) | 5/31/12 | J | A | |
| 1060. | | | | | Sold (part) | 06/26/12 | J | A | |
| 1061. | | | | | Sold | 07/16/12 | J | A | |
| 1062. ----Juniper Networks Inc. (common) (Y) | | | | | | | | | |
| 1063. ----Kimberly-Clark Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1064. ----KLA-Tencor Corp. (common) (Y) | | | | | | | | | |
| 1065. ----Kohls Corp. (common) (Y) | | | | | | | | | |
| 1066. ----Kroger Co. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1067. ----Las Vegas Sands Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1068. ----Lear Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1069. ----Limited Brands Inc. (common) | | | | | Sold | 1/10/12 | J | A | |
| 1070. ----Lorillard Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1071. ----Lowes Companies Inc. (common) | | | | | Sold | 2/8/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. ----Lyondellbasell Indstries (common) | | | | | Sold | 07/16/12 | J | A | |
| 1073. ----Macy's Inc. (common) (Y) | | | | | | | | | |
| 1074. ----Marathon Oil Corp. (common) | | | | | Sold (part) | 1/10/12 | J | A | |
| 1075. | | | | | Sold | 06/15/12 | J | A | |
| 1076. ----Marathon Petroleum Corp. (common) | | | | | Sold | 07/16/12 | J | B | |
| 1077. ----Marvell Technology Group Ltd. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1078. ----McGraw Hill Companies Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1079. ----Medco Health Solutions Inc. (common) (Y) | | | | | | | | | |
| 1080. ----Merck & Co. Inc. (common) (Y) | | | | | | | | | |
| 1081. ----MetLife Inc. (common) (Y) | | | | | | | | | |
| 1082. ----Micron Technology Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1083. ----Microsoft Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1084. ----Monsanto Co. (common) | | | | | Sold (part) | 5/30/12 | J | A | |
| 1085. ----Moody's Corp. (common) | | | | | Sold (part) | 4/9/12 | J | A | |
| 1086. | | | | | Sold | 07/16/12 | J | A | |
| 1087. ----Morgan Stanley (common) | | | | | Sold | 07/16/12 | J | A | |
| 1088. ----Motorola Inc. (common) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. ----Motorola Solutions Inc. (common) (Y) | | | | | | | | | |
| 1090. ----Nabors Industries Ltd. (common) (Y) | | | | | | | | | |
| 1091. ----Netflix Inc. (common) (Y) | | | | | | | | | |
| 1092. ----Newfield Exploration Co. (common) (Y) | | | | | | | | | |
| 1093. ----News Corp. (common) (Y) | | | | | | | | | |
| 1094. ----Nexen Inc. (common) (Y) | | | | | | | | | |
| 1095. ----Noble Energy Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1096. ----Nokia Corp-Spon ADR (Y) | | | | | | | | | |
| 1097. ----Northrop Grumman Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1098. ----NV Energy Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1099. ----NVR Inc. (common) (Y) | | | | | | | | | |
| 1100. ----Occidental Petroleum Corp. (common) (Y) | | | | | | | | | |
| 1101. ----Oracle Corp. (common) | | | | | Sold | 06/19/12 | J | A | |
| 1102. ----Parker Hannifan Corp. (common) (Y) | | | | | | | | | |
| 1103. ----Pepsico Inc. (common) (Y) | | | | | | | | | |
| 1104. ----Pfizer Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1105. ----Polo Ralph Lauren Corp. (common) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. ----Potash Corp. of Saskatchewan (common) | | | | | Sold (part) | 4/25/12 | J | A | |
| 1107. | | | | | Sold | 5/23/12 | J | A | |
| 1108. ----Precision Castparts Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1109. ----Principal Financial Group (common) (Y) | | | | | | | | | |
| 1110. ----Procter & Gamble Co. (common) (Y) | | | | | Sold (part) | 3/15/12 | J | A | |
| 1111. ----PVH Corp. (common) | | | | | Sold | 07/13/12 | J | A | |
| 1112. ----Qualcomm Inc. (common) | | | | | Sold (part) | 5/21/12 | J | A | |
| 1113. | | | | | Sold | 07/03/12 | J | A | |
| 1114. ----Quanta Services Inc. (common) (Y) | | | | | | | | | |
| 1115. ----Raytheon Company (common) (Y) | | | | | | | | | |
| 1116. ----Reliance Steel & Aluminum (common) (Y) | | | | | | | | | |
| 1117. ----Riverbed Technology Inc. (common) (Y) | | | | | | | | | |
| 1118. ----Rockwell Automation Inc. (common) | | | | | Sold | 1/23/12 | J | A | |
| 1119. | | | | | Sold | 07/16/12 | J | A | |
| 1120. ----Ross Stores Inc. (common) (Y) | | | | | | | | | |
| 1121. ----Rovi Corp. (common) (Y) | | | | | | | | | |
| 1122. ----Rowan Companies Inc. (common) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1123. ----Royal Caribbean Cruises Ltd. (common) (Y) | | | | | | | | | |
| 1124. ----Safeway Inc. (common) (Y) | | | | | | | | | |
| 1125. ----Sara Lee Corp. (common) (Y) | | | | | | | | | |
| 1126. ----Schlumberger Ltd. (common) | | | | | Sold (part) | 06/15/12 | J | A | |
| 1127. | | | | | Sold | 07/16/12 | J | A | |
| 1128. ----Smithfield Foods Inc. (common) (Y) | | | | | | | | | |
| 1129. ----Southwestern Energy (common) (Y) | | | | | | | | | |
| 1130. ----Sprint Nextel Corp. (common) (Y) | | | | | | | | | |
| 1131. ----SPX Corp. (common) (Y) | | | | | | | | | |
| 1132. ----Stanley Black & Decker Inc. (common) (Y) | | | | | | | | | |
| 1133. ----Starbucks Corp. (common) | | | | | Sold (part) | 1/27/12 | J | A | |
| 1134. | | | | | Sold | 07/16/12 | J | B | |
| 1135. ----Steel Dynamics Inc. (common) (Y) | | | | | | | | | |
| 1136. ----Suncor Energy Inc. (common) (Y) | | | | | | | | | |
| 1137. ----Supervalu Inc. (common) (Y) | | | | | | | | | |
| 1138. ----Symantec Corp. (common) (Y) | | | | | | | | | |
| 1139. ----Target Corp. (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1140. ----TE Connectivity Ltd. (common) (Y) | | | | | | | | | |
| 1141. ----Teva Pharmaceutical-Spon ADR (Y) | | | | | | | | | |
| 1142. ----Textron Inc. (common) (Y) | | | | | | | | | |
| 1143. ----The Travelers Companies Inc. (common) | | | | | Sold | 3/22/12 | J | A | |
| 1144. ----Time Warner Cable Inc. (common) | | | | | Sold | 07/16/12 | J | B | |
| 1145. ----Transocean Ltd. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1146. ----Tyco Electronics Ltd. (common) (Y) | | | | | | | | | |
| 1147. ----Tyson Foods Inc. (Class A) | | | | | Sold | 07/16/12 | J | A | |
| 1148. ----UnitedHealth Group Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1149. ----United Parcel SVC Inc. (common) | | | | | Sold (part) | 4/12/12 | J | A | |
| 1150. | | | | | Sold | 5/7/12 | J | A | |
| 1151. ----US Bancorp (common) | | | | | Sold | 07/16/12 | J | A | |
| 1152. ----Valero Energy Corp. (common) (Y) | | | | | | | | | |
| 1153. ----Vertex Pharmaceuticals Inc. (common) (Y) | | | | | | | | | |
| 1154. ----Viacom Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1155. ----VISA Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1156. ----Vdafone Group PLC-SP ADR (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1157. ----Walmart Stores Inc. | | | | | Sold | 07/16/12 | J | A | |
| 1158. ----Wellpoint Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1159. ----Wells Fargo & Co. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1160. ----Western Dgital Corp. (common) (Y) | | | | | | | | | |
| 1161. ----XL Group PLC (common) (Y) | | | | | | | | | |
| 1162. ----VF Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1163. ----Walt Disney Co. (common) | | | | | Sold (part) | 06/08/12 | J | A | |
| 1164. | | | | | Sold | 07/16/12 | J | B | |
| 1165. ---AB Discovery Growth Fund CL ADV | | | | | Buy | 6/18/12 | K | | |
| 1166. | | | | | Sold | 07/16/12 | K | A | |
| 1167. ---Abbott Laboratories (common) | | | | | Buy | 06/29/12 | J | | |
| 1168. --American Express (common) | | | | | Sold | 07/16/12 | J | A | |
| 1169. --Amgen Inc. (common) | | | | | Buy | 5/17/12 | J | | |
| 1170. | | | | | Sold | 07/16/12 | J | A | |
| 1171. ---Ansys Inc. (common) | | | | | Buy | 07/06/12 | J | | |
| 1172. | | | | | Sold | 07/16/12 | J | A | |
| 1173. ---Apollo Group Inc. (Class A) (X) | | | | | Sold | 07/16/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1174. ---Applied Materials Inc. (common) (X) | | | | | Sold | 07/16/12 | J | A | |
| 1175. ---Boeing Co. (common) (X) | | | | | Sold | 5/7/12 | J | A | |
| 1176. ---Centerpoint Energy Inc. (common) (X) | | | | | Sold | 07/16/12 | J | A | |
| 1177. ---Chevron Corp. (common) | | | | | Buy | 06/08/12 | J | | |
| 1178. | | | | | Sold | 07/16/12 | J | A | |
| 1179. ---Chipotle Mexican Grill (Class A) | | | | | Buy | 06/15/12 | J | | |
| 1180. | | | | | Sold | 07/16/12 | J | A | |
| 1181. ---Coach Inc. (common) | | | | | Buy | 5/24/12 | J | | |
| 1182. | | | | | Sold | 07/16/12 | J | A | |
| 1183. ---Cognizant Tech Solutions (Class A) (X) | | | | | Sold | 07/16/12 | J | A | |
| 1184. ---Dollar Tree Inc. (common) | | | | | Buy | 07/09/12 | J | | |
| 1185. | | | | | Sold | 07/16/12 | J | A | |
| 1186. ---F5 Networks Inc. (common) (X) | | | | | Sold | 07/16/12 | J | A | |
| 1187. ---Halliburton (common) | | | | | Buy | 06/21/12 | J | | |
| 1188. | | | | | Sold | 07/16/12 | J | A | |
| 1189. ---Hershey Co. (common) | | | | | Buy | 2/28/12 | J | | |
| 1190. | | | | | Sold | 06/26/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1191. ---Illumina Inc. (common) (X) | | | | | Sold | 07/16/12 | J | A | |
| 1192. ---Informatica Corp. (common) | | | | | Buy | 06/28/12 | J | | |
| 1193. | | | | | Sold | 07/16/12 | J | A | |
| 1194. ---IBM (common) | | | | | Buy | 5/31/12 | J | | |
| 1195. | | | | | Sold | 07/16/12 | J | A | |
| 1196. ---Kimberly-Clark Corp. (common) | | | | | Buy | 06/26/12 | J | | |
| 1197. | | | | | Sold | 07/16/12 | J | A | |
| 1198. ---LAM Reserach Corp. (common) (X) | | | | | Sold | 07/16/12 | J | A | |
| 1199. ---McDonald's Corp. (common) | | | | | Buy | 06/15/12 | J | | |
| 1200. | | | | | Sold | 07/16/12 | J | A | |
| 1201. ---McKesson Corp. (common) | | | | | Buy | 5/8/12 | J | | |
| 1202. | | | | | Buy (add'l) | 5/31/12 | J | | |
| 1203. | | | | | Sold | 07/16/12 | J | A | |
| 1204. ---MGM Resorts Int'l (common) | | | | | Buy | 1/6/12 | J | | |
| 1205. | | | | | Sold | 07/16/12 | J | A | |
| 1206. ---National Oilwell Inc. (common) | | | | | Buy | 3/28/12 | J | | |
| 1207. | | | | | Sold | 07/16/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1208. ---Newell Rubbermaid Inc. (X) | | | | | Sold | 07/16/12 | J | A | |
| 1209. ---O'Reilly Automotive Inc. (common) (X) | | | | | Sold | 07/16/12 | J | A | |
| 1210. ---Oceaneering Int'l Inc. (common) | | | | | Buy | 5/17/12 | J | | |
| 1211. | | | | | Sold | 07/16/12 | J | A | |
| 1212. ---Perrigo Inc. (common) (X) | | | | | Sold | 06/14/12 | J | A | |
| 1213. ---Philip Morris Int'l (common) | | | | | Buy | 5/21/12 | J | | |
| 1214. | | | | | Sold | 07/16/12 | J | A | |
| 1215. ---Priceline.com (common) | | | | | Buy | 06/19/12 | J | | |
| 1216. | | | | | Sold | 07/16/12 | J | A | |
| 1217. ---Reynolds American Inc. | | | | | Buy | 5/22/12 | J | | |
| 1218. | | | | | Sold | 07/16/12 | J | A | |
| 1219. ---Sherwin-Williams Co. (common) | | | | | Buy | 06/13/12 | J | | |
| 1220. | | | | | Sold | 07/16/12 | J | A | |
| 1221. ---Stryker Corp. (common) | | | | | Buy | 1/11/12 | J | | |
| 1222. | | | | | Sold | 07/16/12 | J | A | |
| 1223. ---Tibco Software Inc. (common) | | | | | Buy | 5/24/12 | J | | |
| 1224. | | | | | Sold | 07/16/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1225. ---TRW Automotive Holdings Corp. (common) (X) | | | | | Sold | 07/16/12 | J | A | |
| 1226. ---Union Pacific Corp. (common) | | | | | Buy | 06/22/12 | J | | |
| 1227. | | | | | Sold | 07/16/12 | J | A | |
| 1228. ---NOTEX-Northern Funds Tax Exept Fund | | | | | Buy | 09/04/12 | J | | |
| 1229. ---NSIDX-Northern Funds Sall Cap Index Fund | | | | | Buy | 09/04/12 | K | | |
| 1230. ---NOSIX-Northern Funds Stock Index Fund | | | | | Buy | 09/04/12 | M | | |
| 1231. ---NOMIX-Northern Mid Cap Index Fund | | | | | Buy | 09/04/12 | K | | |
| 1232. ---TDTF-Flexshares TR IBOXX 5 yr Tgt TIPS Index Fd | | | | | Buy | 09/04/12 | J | | |
| 1233. ---DVY-IShares Tr Dow Jones Select Divid Index Fd | | | | | Buy | 09/04/12 | K | | |
| 1234. ---GLD-Spdr Gold Tr Gold Shares | | | | | Buy | 09/04/12 | K | | |
| 1235. ---GUNR-Flexshares TR Morningstar Global Upstream Nat ResIdx | | | | | Buy | 09/04/12 | J | | |
| 1236. ---DFCEX-Invt Dimensions Group Emerging Mkts Core Eq Prt | | | | | Buy | 09/05/12 | K | | |
| 1237. ---DFITX-Invt Dimensions Group Int'l Real Estate Secs Ptf | | | | | Buy | 09/05/12 | J | | |
| 1238. ---PHYIX-Pimco Funds Pac Invt Mgmt Ser HY Fund | | | | | Buy | 09/05/12 | K | | |
| 1239. ---HLMIX-Harding Loevner Funds Inc Int'l Equity Prt | | | | | Buy | 09/05/12 | K | | |
| 1240. ---CIVIX-Causeway Cap Mgmt Tr Int'l Value Fd | | | | | Buy | 09/05/12 | K | | |
| 1241. ---DFREX-Invt Dimensions Gropu Real Estae Secs Prt | | | | | Buy | 09/05/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1242. ---PCRIX-Pimco Pac Invt Mgmt Ser Commodity Real Trn Stgy Fd | | | | | Buy | 09/05/12 | J | | |
| 1243. ---DFEVX-Emerging Markets Value Fd | | | | | Buy | 09/05/12 | K | | |
| 1244. Trust #12 | D | Dividend | N | T | | | | | |
| 1245. --DuPont (common) | | | | | | | | | |
| 1246. --General Electric (common) | | | | | | | | | |
| 1247. --IBM (common) | | | | | | | | | |
| 1248. --Pfizer (common) | | | | | | | | | |
| 1249. Trust #13 | D | Dividend | N | T | | | | | |
| 1250. --Allstate (common) | | | | | | | | | |
| 1251. --American Electric Power (common) | | | | | | | | | |
| 1252. --Anadarko Petroleum (common) | | | | | | | | | |
| 1253. --AT&T (common) | | | | | | | | | |
| 1254. --Bank of America (common) | | | | | | | | | |
| 1255. --Beam, Inc. (common) | | | | | | | | | |
| 1256. --Blackrock Global Allocation C | | | | | | | | | |
| 1257. --BP Amoco (ADR) | | | | | | | | | |
| 1258. --Conoco Phillips (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1259. --Dow Chemical (common) | | | | | | | | | |
| 1260. --Duke Energy (common) | | | | | | | | | |
| 1261. --DuPont (common) | | | | | | | | | |
| 1262. --Exelon (common) | | | | | | | | | |
| 1263. --Exxon (common) | | | | | | | | | |
| 1264. --Fortune Brands Home & Security (common) | | | | | | | | | |
| 1265. --Hershey (common) | | | | | | | | | |
| 1266. --Ivy Asset Strategy | | | | | Buy (add'l) | 2/10/12 | J | | |
| 1267. --JP Morgan Chase Cash Accounts | | | | | | | | | |
| 1268. --Lincoln National Group (common) | | | | | | | | | |
| 1269. --Merck (common) | | | | | | | | | |
| 1270. --Monsanto (common) | | | | | | | | | |
| 1271. --Phillips 66 (common) | | | | | | | | | |
| 1272. --Pfizer (common) | | | | | | | | | |
| 1273. --Spectra Energy (common) | | | | | | | | | |
| 1274. Trust #14 | D | Dividend | M | T | | | | | |
| 1275. --3-M (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1276. --Allstate (common) | | | | | | | | | |
| 1277. --Bank of America (common) | | | | | | | | | |
| 1278. --Dow Chemical (common) | | | | | | | | | |
| 1279. --Exelon (common) | | | | | | | | | |
| 1280. --Exxon (common) | | | | | | | | | |
| 1281. --IBM (common) | | | | | | | | | |
| 1282. --JP Morgan Chase (common) | | | | | | | | | |
| 1283. --JP Morgan Chase Cash Account | | | | | | | | | |
| 1284. --Lincoln National Corp. (common) | | | | | | | | | |
| 1285. --Pfizer (common) | | | | | | | | | |
| 1286. --Sherwin Williams (common) | | | | | | | | | |
| 1287. Trust #15 | E | Dividend | O | T | | | | | |
| 1288. --3-M (common) | | | | | | | | | |
| 1289. --Exxon Mobil (common) | | | | | | | | | |
| 1290. --McDonald's (common) | | | | | | | | | |
| 1291. --JP Morgan Chase Cash Account | | | | | | | | | |
| 1292. Trust #16 | B | Int./Div. | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1293. --JP Morgan Chase Cash Account | | | | | | | | | |
| 1294. --25% of Moles Family Partnership | | | | | | | | | |
| 1295. ----Accentrue PLC Ireland | | | | | Sold | 2/27/12 | J | A | |
| 1296. ----ACE Ltd. (common) (Y) | | | | | | | | | |
| 1297. ----Aetna inc. (common) (Y) | | | | | | | | | |
| 1298. ----Agrium Inc. (common) (Y) | | | | | | | | | |
| 1299. ----Air Products & Chemicals Inc. (common) (Y) | | | | | | | | | |
| 1300. ----Alcon Inc. (common) (Y) | | | | | | | | | |
| 1301. ----Allergan Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1302. ----Altria Group Inc. (common) | | | | | Sold | 07/16/12 | J | B | |
| 1303. ----Amazon.com Inc. (common) | | | | | Sold | 06/08/12 | J | B | |
| 1304. ----Ameriprise Financial Inc. (common) (Y) | | | | | | | | | |
| 1305. ----Anadarko Petroleum Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1306. ----Apple Inc. (common) | | | | | Sold (part) | 3/6/12 | J | B | |
| 1307. | | | | | Sold (part) | 06/18/12 | J | C | |
| 1308. | | | | | Sold (part) | 07/16/12 | K | D | |
| 1309. ----Arcelormittal-NY Registered (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1310. ----Archer-Daniels-Midland Co. (common) (Y) | | | | | | | | | |
| 1311. ----Astrazeneca PLC (common) | | | | | Sold | 07/16/12 | J | A | |
| 1312. ----AT&T Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1313. ----Bank of America Corp. (common) (Y) | | | | | | | | | |
| 1314. ----BB&T Corp. (common) (Y) | | | | | | | | | |
| 1315. ----Bernstein Tax-Managed Int'l Portfolio | | | | | Sold | 07/16/12 | M | A | |
| 1316. ----Berstein Emerging Markets Portfolio | | | | | Sold | 07/16/12 | K | D | |
| 1317. ----Borg Warner Automotive (common) (Y) | | | | | | | | | |
| 1318. ----Borg Warner Inc.(common) | | | | | Sold (part) | 4/20/12 | J | A | |
| 1319. | | | | | Sold | 07/16/12 | J | A | |
| 1320. ----BP PLC (Sponsored ADR) | | | | | Sold | 07/16/12 | J | A | |
| 1321. ----Broadcom Corp. (common) | | | | | Sold (part) | 4/26/12 | J | A | |
| 1322. | | | | | Sold | 06/18/12 | J | A | |
| 1323. ----Bunge Ltd. (common) (Y) | | | | | | | | | |
| 1324. ----Cablevision Systems Corp. (common) (Y) | | | | | | | | | |
| 1325. ----Cameron International Corp. (common) (Y) | | | | | | | | | |
| 1326. ----Carnival Corp. (common) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1327. ----CB Richard Ellis Group Inc.-A | | | | | Sold | 07/09/12 | J | A | |
| 1328. ----CBS Corp.--Class B Non-Voting (Y) | | | | | | | | | |
| 1329. ----Celgene Corp. (common) | | | | | Sold | 2/27/12 | J | A | |
| 1330. ----Citrix Systems Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1331. ----Centrylink Inc. (common) | | | | | Sold (part) | 06/12/12 | J | A | |
| 1332. | | | | | Sold | 07/16/12 | J | A | |
| 1333. ----CF Industries Holdings Inc. (common) (Y) | | | | | | | | | |
| 1334. ----Cimarex Energy Co. (common) (Y) | | | | | | | | | |
| 1335. ----Cisco Systems Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1336. ----Citigroup Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1337. ----Cliffs Natural Resources Inc. (common) (Y) | | | | | | | | | |
| 1338. ---CME Group Inc. (common) (Y) | | | | | | | | | |
| 1339. ---CMS Energy Corp. (common) | | | | | Sold | 3/1/12 | J | A | |
| 1340. ----Comcast Corp. (common) | | | | | Sold (part) | 06/12/12 | J | A | |
| 1341. | | | | | Sold | 07/16/12 | J | A | |
| 1342. ----Comerica Inc. (common) (Y) | | | | | | | | | |
| 1343. ----Commercial Metals Co. (common) (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1344. ----Community Health Systems Inc. (common) (Y) | | | | | | | | | |
| 1345. ----ConocoPhililips (common) (Y) | | | | | Sold (part) | 1/11/12 | J | A | |
| 1346. ----Constellation Brands Inc. (common) | | | | | Sold | 5/15/12 | J | A | |
| 1347. ----Cooper Industries PLC (common) (Y) | | | | | | | | | |
| 1348. ----Corning Inc. (common) | | | | | Sold | 5/24/12 | J | A | |
| 1349. ----Costco Wholesale Corp. (common) (Y) | | | | | | | | | |
| 1350. ----Covidien PLC (common) | | | | | Sold | 07/16/12 | J | A | |
| 1351. ----Credit Suisse Group-Spon ADR (Y) | | | | | | | | | |
| 1352. ----Danaher Corp. (common) | | | | | Sold | 07/16/12 | J | B | |
| 1353. ----Dean Foods Co. (common) (Y) | | | | | | | | | |
| 1354. ----Deere & Co. (common) (Y) | | | | | | | | | |
| 1355. ----Dell Inc. (common) | | | | | Sold | 2/21/12 | J | A | |
| 1356. ----Delta Airlines Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1357. ----Deutsche Bank AG-Registered (Y) | | | | | | | | | |
| 1358. ----Devon Energy Corp. (common) | | | | | Sold | 06/27/12 | J | A | |
| 1359. ----DirecTV (common) | | | | | Sold | 06/12/12 | J | A | |
| 1360. ----Dollar General Corp. (common) | | | | | Sold | 07/16/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1361. ----Dow Chemical Co. (common) | | | | | Sold | 3/27/12 | J | A | |
| 1362. ----Dover Corp. (common) (Y) | | | | | | | | | |
| 1363. ----DTE Energy Co. (common) (Y) | | | | | Sold (part) | 3/26/12 | J | A | |
| 1364. ----Du Pont (common) (Y) | | | | | | | | | |
| 1365. ----Eaton Corp. (common) (Y) | | | | | | | | | |
| 1366. ----EMC Corp Mass. (common) | | | | | Sold | 06/18/12 | J | B | |
| 1367. ----EOG Res. Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1368. ----Estee Lauder Companies Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1369. ----Emerson Electric Co. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1370. ----Edison International (common) (Y) | | | | | | | | | |
| 1371. ----Ensco PLC-Spon ADR (Y) | | | | | | | | | |
| 1372. ----EOG Resources Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1373. ----Express Scripts Inc. (common) | | | | | Sold | 5/17/12 | J | A | |
| 1374. ----Exxon Mobil Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1375. ----FedEx Corp. (common) (Y) | | | | | | | | | |
| 1376. ----Fifth Third Bancorp. (common) (Y) | | | | | | | | | |
| 1377. ----Flowserve Corp. (common) | | | | | Sold (part) | 4/19/12 | J | A | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,000 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1378. | | | | | Sold | 06/29/12 | J | A | |
| 1379. ----FMC Technologies Inc. (common) | | | | | Sold | 5/17/12 | J | A | |
| 1380. ----Ford Motor Co. (common) (Y) | | | | | | | | | |
| 1381. ----Franklin Resources Inc. (common) (Y) | | | | | | | | | |
| 1382. ----Freeport-McMoran Copper (common) | | | | | Sold | 6/1/12 | J | A | |
| 1383. ----Gannett Co. Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1384. ----Gap Inc. (common) (Y) | | | | | | | | | |
| 1385. ----Garmin Ltd. (common) (Y) | | | | | | | | | |
| 1386. ----General Electric Co. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1387. ----General Mills Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1388. ----General Motors Co. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1389. ----Gilead Sciences Inc. (common) | | | | | Sold (part) | 5/17/12 | J | A | |
| 1390. | | | | | Sold | 07/16/12 | J | B | |
| 1391. ----Goldman Sachs (common) | | | | | Sold (part) | 3/16/12 | J | A | |
| 1392. | | | | | Sold | 06/21/12 | J | A | |
| 1393. ----Goodrich Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1394. ----Google Inc. (common) | | | | | Sold (part) | 06/18/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1395. | | | | | Sold | 07/16/12 | J | B | |
| 1396. ----Harley Davidson Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1397. ----HCA Holdings Inc. (common) (Y) | | | | | | | | | |
| 1398. ----Health Net Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1399. ----Hess Corp. (common) (Y) | | | | | | | | | |
| 1400. ----Hewlett-Packarad Co. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1401. ----Home Depot Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1402. ----Honeywell International Inc. (common) (Y) | | | | | | | | | |
| 1403. ----Illinois Tool Works (common) (Y) | | | | | | | | | |
| 1404. ----Ingersoll Rand PLC (common) (Y) | | | | | | | | | |
| 1405. ----Intel Corp. (common) (Y) | | | | | | | | | |
| 1406. ----Intuit Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1407. ----J.C. Penney Co. Inc. (common) (Y) | | | | | | | | | |
| 1408. ----Johnson Controls Inc. (common) | | | | | Sold | 2/13/12 | J | A | |
| 1409. ----Johnson & Johnson (common) | | | | | Sold (part) | 06/22/12 | J | A | |
| 1410. | | | | | Sold | 07/16/12 | J | A | |
| 1411. ----JPMorgan Chase & Co. (common) | | | | | Sold (part) | 5/31/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1412. | | | | | Sold (part) | 06/26/12 | J | A | |
| 1413. | | | | | Sold | 07/16/12 | J | A | |
| 1414. ----Juniper Networks Inc. (common) (Y) | | | | | | | | | |
| 1415. ----Kimberly-Clark Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1416. ----KLA-Tencor Corp. (common) (Y) | | | | | | | | | |
| 1417. ----Kohls Corp. (common) (Y) | | | | | | | | | |
| 1418. ----Kroger Co. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1419. ----Las Vegas Sands Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1420. ----Lear Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1421. ----Limited Brands Inc. (common) | | | | | Sold | 1/10/12 | J | A | |
| 1422. ----Lorillard Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1423. ----Lowes Companies Inc. (common) | | | | | Sold | 2/8/12 | J | A | |
| 1424. ----Lyondellbasell Indstries (common) | | | | | Sold | 07/16/12 | J | A | |
| 1425. ----Macy's Inc. (common) (Y) | | | | | | | | | |
| 1426. ----Marathon Oil Corp. (common) | | | | | Sold (part) | 1/10/12 | J | A | |
| 1427. | | | | | Sold | 06/15/12 | J | A | |
| 1428. ----Marathon Petroleum Corp. (common) | | | | | Sold | 07/16/12 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less P3 =$25,000,001 - $50,000,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 P4 =More than $50,000,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 | N =$250,001 - $500,000 O =$500,001 - $1,000,000 P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1429. ----Marvell Technology Group Ltd. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1430. ----McGraw Hill Companies Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1431. ----Medco Health Solutions Inc. (common) (Y) | | | | | | | | | |
| 1432. ----Merck & Co. Inc. (common) (Y) | | | | | | | | | |
| 1433. ----MetLife Inc. (common) (Y) | | | | | | | | | |
| 1434. ----Micron Technology Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1435. ----Microsoft Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1436. ----Monsanto Co. (common) | | | | | Sold (part) | 5/30/12 | J | A | |
| 1437. ----Moody's Corp. (common) | | | | | Sold (part) | 4/9/12 | J | A | |
| 1438. | | | | | Sold | 07/16/12 | J | A | |
| 1439. ----Morgan Stanley (common) | | | | | Sold | 07/16/12 | J | A | |
| 1440. ----Motorola Inc. (common) (Y) | | | | | | | | | |
| 1441. ----Motorola Solutions Inc. (common) (Y) | | | | | | | | | |
| 1442. ----Nabors Industries Ltd. (common) (Y) | | | | | | | | | |
| 1443. ----Netflix Inc. (common) (Y) | | | | | | | | | |
| 1444. ----Newfield Exploration Co. (common) (Y) | | | | | | | | | |
| 1445. ----News Corp. (common) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1446. ----Nexen Inc. (common) (Y) | | | | | | | | | |
| 1447. ----Noble Energy Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1448. ----Nokia Corp-Spon ADR (Y) | | | | | | | | | |
| 1449. ----Northrop Grumman Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1450. ----NV Energy Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1451. ----NVR Inc. (common) (Y) | | | | | | | | | |
| 1452. ----Occidental Petroleum Corp. (common) (Y) | | | | | | | | | |
| 1453. ----Oracle Corp. (common) | | | | | Sold | 06/19/12 | J | A | |
| 1454. ----Parker Hannifan Corp. (common) (Y) | | | | | | | | | |
| 1455. ----Pepsico Inc. (common) (Y) | | | | | | | | | |
| 1456. ----Pfizer Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1457. ----Polo Ralph Lauren Corp. (common) (Y) | | | | | | | | | |
| 1458. ----Potash Corp. of Saskatchewan (common) | | | | | Sold (part) | 4/25/12 | J | A | |
| 1459. | | | | | Sold | 5/23/12 | J | A | |
| 1460. ----Precision Castparts Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1461. ----Principal Financial Group (common) (Y) | | | | | | | | | |
| 1462. ----Procter & Gamble Co. (common) (Y) | | | | | Sold (part) | 3/15/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1463. ----PVH Corp. (common) | | | | | Sold | 07/13/12 | J | A | |
| 1464. ----Qualcomm Inc. (common) | | | | | Sold (part) | 5/21/12 | J | A | |
| 1465. | | | | | Sold | 07/03/12 | J | A | |
| 1466. ----Quanta Services Inc. (common) (Y) | | | | | | | | | |
| 1467. ----Raytheon Company (common) (Y) | | | | | | | | | |
| 1468. ----Reliance Steel & Aluminum (common) (Y) | | | | | | | | | |
| 1469. ----Riverbed Technology Inc. (common) (Y) | | | | | | | | | |
| 1470. ----Rockwell Automation Inc. (common) | | | | | Sold | 1/23/12 | J | A | |
| 1471. | | | | | Sold | 07/16/12 | J | A | |
| 1472. ----Ross Stores Inc. (common) (Y) | | | | | | | | | |
| 1473. ----Rovi Corp. (common) (Y) | | | | | | | | | |
| 1474. ----Rowan Companies Inc. (common) (Y) | | | | | | | | | |
| 1475. ----Royal Caribbean Cruises Ltd. (common) (Y) | | | | | | | | | |
| 1476. ----Safeway Inc. (common) (Y) | | | | | | | | | |
| 1477. ----Sara Lee Corp. (common) (Y) | | | | | | | | | |
| 1478. ----Schlumberger Ltd. (common) | | | | | Sold (part) | 06/15/12 | J | A | |
| 1479. | | | | | Sold | 07/16/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1480. ----Smithfield Foods Inc. (common) (Y) | | | | | | | | | |
| 1481. ----Southwestern Energy (common) (Y) | | | | | | | | | |
| 1482. ----Sprint Nextel Corp. (common) (Y) | | | | | | | | | |
| 1483. ----SPX Corp. (common) (Y) | | | | | | | | | |
| 1484. ----Stanley Black & Decker Inc. (common) (Y) | | | | | | | | | |
| 1485. ----Starbucks Corp. (common) | | | | | Sold (part) | 1/27/12 | J | A | |
| 1486. | | | | | Sold | 07/16/12 | J | B | |
| 1487. ----Steel Dynamics Inc. (common) (Y) | | | | | | | | | |
| 1488. ----Suncor Energy Inc. (common) (Y) | | | | | | | | | |
| 1489. ----Supervalu Inc. (common) (Y) | | | | | | | | | |
| 1490. ----Symantec Corp. (common) (Y) | | | | | | | | | |
| 1491. ----Target Corp. (Y) | | | | | | | | | |
| 1492. ----TE Connectivity Ltd. (common) (Y) | | | | | | | | | |
| 1493. ----Teva Pharmaceutical-Spon ADR (Y) | | | | | | | | | |
| 1494. ----Textron Inc. (common) (Y) | | | | | | | | | |
| 1495. ----The Travelers Companies Inc. (common) | | | | | Sold | 3/22/12 | J | A | |
| 1496. ----Time Warner Cable Inc. (common) | | | | | Sold | 07/16/12 | J | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 92 of 120

Name of Person Reporting

Tharp, John J.

Date of Report

05/14/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1497. ----Transocean Ltd. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1498. ----Tyco Electronics Ltd. (common) (Y) | | | | | | | | | |
| 1499. ----Tyson Foods Inc. (Class A) | | | | | Sold | 07/16/12 | J | A | |
| 1500. ----UnitedHealth Group Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1501. ----United Parcel SVC Inc. (common) | | | | | Sold (part) | 4/12/12 | J | A | |
| 1502. | | | | | Sold | 5/7/12 | J | A | |
| 1503. ----US Bancorp (common) | | | | | Sold | 07/16/12 | J | A | |
| 1504. ----Valero Energy Corp. (common) (Y) | | | | | | | | | |
| 1505. ----Vertex Pharmaceuticals Inc. (common) (Y) | | | | | | | | | |
| 1506. ----Viacom Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1507. ----VISA Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1508. ----Vdafone Group PLC-SP ADR (Y) | | | | | | | | | |
| 1509. ----Walmart Stores Inc. | | | | | Sold | 07/16/12 | J | A | |
| 1510. ----Wellpoint Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1511. ----Wells Fargo & Co. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1512. ----Western Dgital Corp. (common) (Y) | | | | | | | | | |
| 1513. ----XL Group PLC (common) (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1514. ----VF Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1515. ----Walt Disney Co. (common) | | | | | Sold (part) | 06/08/12 | J | A | |
| 1516. | | | | | Sold | 07/16/12 | J | B | |
| 1517. ---AB Discovery Growth Fund CL ADV | | | | | Buy | 6/18/12 | K | | |
| 1518. | | | | | Sold | 07/16/12 | K | A | |
| 1519. ---Abbott Laboratories (common) | | | | | Buy | 06/29/12 | J | | |
| 1520. --American Express (common) | | | | | Sold | 07/16/12 | J | A | |
| 1521. --Amgen Inc. (common) | | | | | Buy | 5/17/12 | J | | |
| 1522. | | | | | Sold | 07/16/12 | J | A | |
| 1523. ---Ansys Inc. (common) | | | | | Buy | 07/06/12 | J | | |
| 1524. | | | | | Sold | 07/16/12 | J | A | |
| 1525. ---Apollo Group Inc. (Class A) (X) | | | | | Sold | 07/16/12 | J | A | |
| 1526. ---Applied Materials Inc. (common) (X) | | | | | Sold | 07/16/12 | J | A | |
| 1527. ---Boeing Co. (common) (X) | | | | | Sold | 5/7/12 | J | A | |
| 1528. ---Centerpoint Energy Inc. (common) (X) | | | | | Sold | 07/16/12 | J | A | |
| 1529. ---Chevron Corp. (common) | | | | | Buy | 06/08/12 | J | | |
| 1530. | | | | | Sold | 07/16/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1531. ---Chipotle Mexican Grill (Class A) | | | | | Buy | 06/15/12 | J | | |
| 1532. | | | | | Sold | 07/16/12 | J | A | |
| 1533. ---Coach Inc. (common) | | | | | Buy | 5/24/12 | J | | |
| 1534. | | | | | Sold | 07/16/12 | J | A | |
| 1535. ---Cognizant Tech Solutions (Class A) (X) | | | | | Sold | 07/16/12 | J | A | |
| 1536. ---Dollar Tree Inc. (common) | | | | | Buy | 07/09/12 | J | | |
| 1537. | | | | | Sold | 07/16/12 | J | A | |
| 1538. ---F5 Networks Inc. (common) (X) | | | | | Sold | 07/16/12 | J | A | |
| 1539. ---Halliburton (common) | | | | | Buy | 06/21/12 | J | | |
| 1540. | | | | | Sold | 07/16/12 | J | A | |
| 1541. ---Hershey Co. (common) | | | | | Buy | 2/28/12 | J | | |
| 1542. | | | | | Sold | 06/26/12 | J | A | |
| 1543. ---Illumina Inc. (common) (X) | | | | | Sold | 07/16/12 | J | A | |
| 1544. ---Informatica Corp. (common) | | | | | Buy | 06/28/12 | J | | |
| 1545. | | | | | Sold | 07/16/12 | J | A | |
| 1546. ---IBM (common) | | | | | Buy | 5/31/12 | J | | |
| 1547. | | | | | Sold | 07/16/12 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1548. ---Kimberly-Clark Corp. (common) | | | | | Buy | 06/26/12 | J | | |
| 1549. | | | | | Sold | 07/16/12 | J | A | |
| 1550. ---LAM Reserach Corp. (common) (X) | | | | | Sold | 07/16/12 | J | A | |
| 1551. ---McDonald's Corp. (common) | | | | | Buy | 06/15/12 | J | | |
| 1552. | | | | | Sold | 07/16/12 | J | A | |
| 1553. ---McKesson Corp. (common) | | | | | Buy | 5/8/12 | J | | |
| 1554. | | | | | Buy (add'l) | 5/31/12 | J | | |
| 1555. | | | | | Sold | 07/16/12 | J | A | |
| 1556. ---MGM Resorts Int'l (common) | | | | | Buy | 1/6/12 | J | | |
| 1557. | | | | | Sold | 07/16/12 | J | A | |
| 1558. ---National Oilwell Inc. (common) | | | | | Buy | 3/28/12 | J | | |
| 1559. | | | | | Sold | 07/16/12 | J | A | |
| 1560. ---Newell Rubbermaid Inc. (X) | | | | | Sold | 07/16/12 | J | A | |
| 1561. ---O'Reilly Automotive Inc. (common) (X) | | | | | Sold | 07/16/12 | J | A | |
| 1562. ---Oceaneering Int'l Inc. (common) | | | | | Buy | 5/17/12 | J | | |
| 1563. | | | | | Sold | 07/16/12 | J | A | |
| 1564. ---Perrigo Inc. (common) (X) | | | | | Sold | 06/14/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT
Page 96 of 120

Name of Person Reporting

Tharp, John J.

Date of Report

05/14/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1565. ---Philip Morris Int'l (common) | | | | | Buy | 5/21/12 | J | | |
| 1566. | | | | | Sold | 07/16/12 | J | A | |
| 1567. ---Priceline.com (common) | | | | | Buy | 06/19/12 | J | | |
| 1568. | | | | | Sold | 07/16/12 | J | A | |
| 1569. ---Reynolds American Inc. | | | | | Buy | 5/22/12 | J | | |
| 1570. | | | | | Sold | 07/16/12 | J | A | |
| 1571. ---Sherwin-Williams Co. (common) | | | | | Buy | 06/13/12 | J | | |
| 1572. | | | | | Sold | 07/16/12 | J | A | |
| 1573. ---Stryker Corp. (common) | | | | | Buy | 1/11/12 | J | | |
| 1574. | | | | | Sold | 07/16/12 | J | A | |
| 1575. ---Tibco Software Inc. (common) | | | | | Buy | 5/24/12 | J | | |
| 1576. | | | | | Sold | 07/16/12 | J | A | |
| 1577. ---TRW Automotive Holdings Corp. (common) (X) | | | | | Sold | 07/16/12 | J | A | |
| 1578. ---Union Pacific Corp. (common) | | | | | Buy | 06/22/12 | J | | |
| 1579. | | | | | Sold | 07/16/12 | J | A | |
| 1580. ---NOTEX-Northern Funds Tax Exept Fund | | | | | Buy | 09/04/12 | J | | |
| 1581. ---NSIDX-Northern Funds Sall Cap Index Fund | | | | | Buy | 09/04/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

**Tharp, John J.**

Date of Report

05/14/2013

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1582. ---NOSIX-Northern Funds Stock Index Fund | | | | | Buy | 09/04/12 | M | | |
| 1583. ---NOMIX-Northern Mid Cap Index Fund | | | | | Buy | 09/04/12 | K | | |
| 1584. ---TDTF-Flexshares TR IBOXX 5 yr Tgt TIPS Index Fd | | | | | Buy | 09/04/12 | J | | |
| 1585. ---DVY-IShares Tr Dow Jones Select Divid Index Fd | | | | | Buy | 09/04/12 | K | | |
| 1586. ---GLD-Spdr Gold Tr Gold Shares | | | | | Buy | 09/04/12 | K | | |
| 1587. ---GUNR-Flexshares TR Morningstar Global Upstream Nat ResIdx | | | | | Buy | 09/04/12 | J | | |
| 1588. ---DFCEX-Invt Dimensions Group Emerging Mkts Core Eq Prt | | | | | Buy | 09/05/12 | K | | |
| 1589. ---DFITX-Invt Dimensions Group Int'l Real Estate Secs Ptf | | | | | Buy | 09/05/12 | J | | |
| 1590. ---PHYIX-Pimco Funds Pac Invt Mgmt Ser HY Fund | | | | | Buy | 09/05/12 | K | | |
| 1591. ---HLMIX-Harding Loevner Funds Inc Int'l Equity Prt | | | | | Buy | 09/05/12 | K | | |
| 1592. ---CIVIX-Causeway Cap Mgmt Tr Int'l Value Fd | | | | | Buy | 09/05/12 | K | | |
| 1593. ---DFREX-Invt Dimensions Gropu Real Estae Secs Prt | | | | | Buy | 09/05/12 | J | | |
| 1594. ---PCRIX-Pimco Pac Invt Mgmt Ser Commodity Real Trn Stgy Fd | | | | | Buy | 09/05/12 | J | | |
| 1595. ---DFEVX-Emerging Markets Value Fd | | | | | Buy | 09/05/12 | K | | |
| 1596. Trust #17 | E | Dividend | O | T | | | | | |
| 1597. --Allstate (common) | | | | | | | | | |
| 1598. --American Electric Power (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1599. --Anadarko Petroleum (common) | | | | | | | | | |
| 1600. --AT&T (common) | | | | | | | | | |
| 1601. --Bank of America (common) | | | | | | | | | |
| 1602. --Beam, Inc. | | | | | | | | | |
| 1603. --Blackrock Global Allocation C | | | | | | | | | |
| 1604. --BP Amoco (ADR) | | | | | | | | | |
| 1605. --Conoco Phillips (common) | | | | | | | | | |
| 1606. --Dow Chemical (common) | | | | | | | | | |
| 1607. --Duke Energy (common) | | | | | | | | | |
| 1608. --DuPont (common) | | | | | | | | | |
| 1609. --Exelon (common) | | | | | | | | | |
| 1610. --Exxon (common) | | | | | | | | | |
| 1611. --Fortune Brands Home & Security (common) | | | | | | | | | |
| 1612. --Heinz (common) | | | | | | | | | |
| 1613. --Hershey (common) | | | | | | | | | |
| 1614. --Ivy Asset Strategy | | | | | Buy (add'l) | 2/10/12 | K | | |
| 1615. --JP Morgan Chase Cash Accounts | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1616. --Lincoln National Group (common) | | | | | | | | | |
| 1617. --Merck (common) | | | | | | | | | |
| 1618. --Monsanto (common) | | | | | | | | | |
| 1619. --Phillips 66 (common) | | | | | | | | | |
| 1620. --Pfizer (common) | | | | | | | | | |
| 1621. --Spectra Energy (common) | | | | | | | | | |
| 1622. --Walgreen's (common) | | | | | | | | | |
| 1623. Trust #18 | D | Dividend | M | T | | | | | |
| 1624. --3-M (common) | | | | | | | | | |
| 1625. --Allstate (common) | | | | | | | | | |
| 1626. --Bank of America (common) | | | | | | | | | |
| 1627. --Dow Chemical (common) | | | | | | | | | |
| 1628. --Exelon (common) | | | | | | | | | |
| 1629. --Exxon (common) | | | | | | | | | |
| 1630. --IBM (common) | | | | | | | | | |
| 1631. --JP Morgan Chase (common) | | | | | | | | | |
| 1632. --JP Morgan Chase Cash Account | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1633. --Lincoln National Corp. (common) | | | | | | | | | |
| 1634. --Pfizer (common) | | | | | | | | | |
| 1635. --Sherwin Williams (common) | | | | | | | | | |
| 1636. Trust #19 | E | Dividend | O | T | | | | | |
| 1637. --3-M (common) | | | | | | | | | |
| 1638. --Exxon Mobil (common) | | | | | | | | | |
| 1639. --McDonald's (common) | | | | | | | | | |
| 1640. --JP Morgan Chase Cash Account | | | | | | | | | |
| 1641. Trust #20 | B | Int./Div. | M | T | | | | | |
| 1642. --JP Morgan Chase Cash Account | | | | | | | | | |
| 1643. --25% of Moles Family Partnership | | | | | | | | | |
| 1644. ----Accentrue PLC Ireland | | | | | Sold | 2/27/12 | J | A | |
| 1645. ----ACE Ltd. (common) (Y) | | | | | | | | | |
| 1646. ----Aetna inc. (common) (Y) | | | | | | | | | |
| 1647. ----Agrium Inc. (common) (Y) | | | | | | | | | |
| 1648. ----Air Products & Chemicals Inc. (common) (Y) | | | | | | | | | |
| 1649. ----Alcon Inc. (common) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1650. ----Allergan Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1651. ----Altria Group Inc. (common) | | | | | Sold | 07/16/12 | J | B | |
| 1652. ----Amazon.com Inc. (common) | | | | | Sold | 06/08/12 | J | B | |
| 1653. ----Ameriprise Financial Inc. (common) (Y) | | | | | | | | | |
| 1654. ----Anadarko Petroleum Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1655. ----Apple Inc. (common) | | | | | Sold (part) | 3/6/12 | J | B | |
| 1656. | | | | | Sold (part) | 06/18/12 | J | C | |
| 1657. | | | | | Sold (part) | 07/16/12 | K | D | |
| 1658. ----Arcelormittal-NY Registered (Y) | | | | | | | | | |
| 1659. ----Archer-Daniels-Midland Co. (common) (Y) | | | | | | | | | |
| 1660. ----Astrazeneca PLC (common) | | | | | Sold | 07/16/12 | J | A | |
| 1661. ----AT&T Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1662. ----Bank of America Corp. (common) (Y) | | | | | | | | | |
| 1663. ----BB&T Corp. (common) (Y) | | | | | | | | | |
| 1664. ----Bernstein Tax-Managed Int'l Portfolio | | | | | Sold | 07/16/12 | M | A | |
| 1665. ----Berstein Emerging Markets Portfolio | | | | | Sold | 07/16/12 | K | D | |
| 1666. ----Borg Warner Automotive (common) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Tharp, John J.

05/14/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1667. ----Borg Warner Inc.(common) | | | | | Sold (part) | 4/20/12 | J | A | |
| 1668. | | | | | Sold | 07/16/12 | J | A | |
| 1669. ----BP PLC (Sponsored ADR) | | | | | Sold | 07/16/12 | J | A | |
| 1670. ----Broadcom Corp. (common) | | | | | Sold (part) | 4/26/12 | J | A | |
| 1671. | | | | | Sold | 06/18/12 | J | A | |
| 1672. ----Bunge Ltd. (common) (Y) | | | | | | | | | |
| 1673. ----Cablevision Systems Corp. (common) (Y) | | | | | | | | | |
| 1674. ----Cameron International Corp. (common) (Y) | | | | | | | | | |
| 1675. ----Carnival Corp. (common) (Y) | | | | | | | | | |
| 1676. ----CB Richard Ellis Group Inc.-A | | | | | Sold | 07/09/12 | J | A | |
| 1677. ----CBS Corp.--Class B Non-Voting (Y) | | | | | | | | | |
| 1678. ----Celgene Corp. (common) | | | | | Sold | 2/27/12 | J | A | |
| 1679. ----Citrix Systems Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1680. ----Centrylink Inc. (common) | | | | | Sold (part) | 06/12/12 | J | A | |
| 1681. | | | | | Sold | 07/16/12 | J | A | |
| 1682. ----CF Industries Holdings Inc. (common) (Y) | | | | | | | | | |
| 1683. ----Cimarex Energy Co. (common) (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1684. ----Cisco Systems Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1685. ----Citigroup Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1686. ----Cliffs Natural Resources Inc. (common) (Y) | | | | | | | | | |
| 1687. ---CME Group Inc. (common) (Y) | | | | | | | | | |
| 1688. ----CMS Energy Corp. (common) | | | | | Sold | 3/1/12 | J | A | |
| 1689. ----Comcast Corp. (common) | | | | | Sold (part) | 06/12/12 | J | A | |
| 1690. | | | | | Sold | 07/16/12 | J | A | |
| 1691. ----Comerica Inc. (common) (Y) | | | | | | | | | |
| 1692. ----Commercial Metals Co. (common) (Y) | | | | | | | | | |
| 1693. ----Community Health Systems Inc. (common) (Y) | | | | | | | | | |
| 1694. ----ConocoPhililips (common) (Y) | | | | | Sold (part) | 1/11/12 | J | A | |
| 1695. ----Constellation Brands Inc. (common) | | | | | Sold | 5/15/12 | J | A | |
| 1696. ----Cooper Industries PLC (common) (Y) | | | | | | | | | |
| 1697. ----Corning Inc. (common) | | | | | Sold | 5/24/12 | J | A | |
| 1698. ----Costco Wholesale Corp. (common) (Y) | | | | | | | | | |
| 1699. ----Covidien PLC (common) | | | | | Sold | 07/16/12 | J | A | |
| 1700. ----Credit Suisse Group-Spon ADR (Y) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1701. ----Danaher Corp. (common) | | | | | Sold | 07/16/12 | J | B | |
| 1702. ----Dean Foods Co. (common) (Y) | | | | | | | | | |
| 1703. ----Deere & Co. (common) (Y) | | | | | | | | | |
| 1704. ----Dell Inc. (common) | | | | | Sold | 2/21/12 | J | A | |
| 1705. ----Delta Airlines Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1706. ----Deutsche Bank AG-Registered (Y) | | | | | | | | | |
| 1707. ----Devon Energy Corp. (common) | | | | | Sold | 06/27/12 | J | A | |
| 1708. ----DirecTV (common) | | | | | Sold | 06/12/12 | J | A | |
| 1709. ----Dollar General Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1710. ----Dow Chemical Co. (common) | | | | | Sold | 3/27/12 | J | A | |
| 1711. ----Dover Corp. (common) (Y) | | | | | | | | | |
| 1712. ----DTE Energy Co. (common) (Y) | | | | | Sold (part) | 3/26/12 | J | A | |
| 1713. ----Du Pont (common) (Y) | | | | | | | | | |
| 1714. ----Eaton Corp. (common) (Y) | | | | | | | | | |
| 1715. ----EMC Corp Mass. (common) | | | | | Sold | 06/18/12 | J | B | |
| 1716. ----EOG Res. Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1717. ----Estee Lauder Companies Inc. (common) | | | | | Sold | 07/16/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1718. ----Emerson Electric Co. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1719. ----Edison International (common) (Y) | | | | | | | | | |
| 1720. ----Ensco PLC-Spon ADR (Y) | | | | | | | | | |
| 1721. ----EOG Resources Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1722. ----Express Scripts Inc. (common) | | | | | Sold | 5/17/12 | J | A | |
| 1723. ----Exxon Mobil Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1724. ----FedEx Corp. (common) (Y) | | | | | | | | | |
| 1725. ----Fifth Third Bancorp. (common) (Y) | | | | | | | | | |
| 1726. ----Flowserve Corp. (common) | | | | | Sold (part) | 4/19/12 | J | A | |
| 1727. | | | | | Sold | 06/29/12 | J | A | |
| 1728. ----FMC Technologies Inc. (common) | | | | | Sold | 5/17/12 | J | A | |
| 1729. ----Ford Motor Co. (common) (Y) | | | | | | | | | |
| 1730. ----Franklin Resources Inc. (common) (Y) | | | | | | | | | |
| 1731. ----Freeport-McMoran Copper (common) | | | | | Sold | 6/1/12 | J | A | |
| 1732. ----Gannett Co. Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1733. ----Gap Inc. (common) (Y) | | | | | | | | | |
| 1734. ----Garmin Ltd. (common) (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1735. ----General Electric Co. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1736. ----General Mills Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1737. ----General Motors Co. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1738. ----Gilead Sciences Inc. (common) | | | | | Sold (part) | 5/17/12 | J | A | |
| 1739. | | | | | Sold | 07/16/12 | J | B | |
| 1740. ----Goldman Sachs (common) | | | | | Sold (part) | 3/16/12 | J | A | |
| 1741. | | | | | Sold | 06/21/12 | J | A | |
| 1742. ----Goodrich Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1743. ----Google Inc. (common) | | | | | Sold (part) | 06/18/12 | J | B | |
| 1744. | | | | | Sold | 07/16/12 | J | B | |
| 1745. ----Harley Davidson Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1746. ----HCA Holdings Inc. (common) (Y) | | | | | | | | | |
| 1747. ----Health Net Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1748. ----Hess Corp. (common) (Y) | | | | | | | | | |
| 1749. ----Hewlett-Packarad Co. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1750. ----Home Depot Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1751. ----Honeywell International Inc. (common) (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1752. ----Illinois Tool Works (common) (Y) | | | | | | | | | |
| 1753. ----Ingersoll Rand PLC (common) (Y) | | | | | | | | | |
| 1754. ----Intel Corp. (common) (Y) | | | | | | | | | |
| 1755. ----Intuit Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1756. ----J.C. Penney Co. Inc. (common) (Y) | | | | | | | | | |
| 1757. ----Johnson Controls Inc. (common) | | | | | Sold | 2/13/12 | J | A | |
| 1758. ----Johnson & Johnson (common) | | | | | Sold (part) | 06/22/12 | J | A | |
| 1759. | | | | | Sold | 07/16/12 | J | A | |
| 1760. ---JPMorgan Chase & Co. (common) | | | | | Sold (part) | 5/31/12 | J | A | |
| 1761. | | | | | Sold (part) | 06/26/12 | J | A | |
| 1762. | | | | | Sold | 07/16/12 | J | A | |
| 1763. ----Juniper Networks Inc. (common) (Y) | | | | | | | | | |
| 1764. ----Kimberly-Clark Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1765. ----KLA-Tencor Corp. (common) (Y) | | | | | | | | | |
| 1766. ----Kohls Corp. (common) (Y) | | | | | | | | | |
| 1767. ----Kroger Co. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1768. ----Las Vegas Sands Corp. (common) | | | | | Sold | 07/16/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1769. ----Lear Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1770. ----Limited Brands Inc. (common) | | | | | Sold | 1/10/12 | J | A | |
| 1771. ----Lorillard Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1772. ----Lowes Companies Inc. (common) | | | | | Sold | 2/8/12 | J | A | |
| 1773. ----Lyondellbasell Indstries (common) | | | | | Sold | 07/16/12 | J | A | |
| 1774. ----Macy's Inc. (common) (Y) | | | | | | | | | |
| 1775. ----Marathon Oil Corp. (common) | | | | | Sold (part) | 1/10/12 | J | A | |
| 1776. | | | | | Sold | 06/15/12 | J | A | |
| 1777. ----Marathon Petroleum Corp. (common) | | | | | Sold | 07/16/12 | J | B | |
| 1778. ----Marvell Technology Group Ltd. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1779. ----McGraw Hill Companies Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1780. ----Medco Health Solutions Inc. (common) (Y) | | | | | | | | | |
| 1781. ----Merck & Co. Inc. (common) (Y) | | | | | | | | | |
| 1782. ----MetLife Inc. (common) (Y) | | | | | | | | | |
| 1783. ----Micron Technology Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1784. ----Microsoft Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1785. ----Monsanto Co. (common) | | | | | Sold (part) | 5/30/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1786. ----Moody's Corp. (common) | | | | | Sold (part) | 4/9/12 | J | A | |
| 1787. | | | | | Sold | 07/16/12 | J | A | |
| 1788. ----Morgan Stanley (common) | | | | | Sold | 07/16/12 | J | A | |
| 1789. ----Motorola Inc. (common) (Y) | | | | | | | | | |
| 1790. ----Motorola Solutions Inc. (common) (Y) | | | | | | | | | |
| 1791. ----Nabors Industries Ltd. (common) (Y) | | | | | | | | | |
| 1792. ----Netflix Inc. (common) (Y) | | | | | | | | | |
| 1793. ----Newfield Exploration Co. (common) (Y) | | | | | | | | | |
| 1794. ----News Corp. (common) (Y) | | | | | | | | | |
| 1795. ----Nexen Inc. (common) (Y) | | | | | | | | | |
| 1796. ----Noble Energy Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1797. ----Nokia Corp-Spon ADR (Y) | | | | | | | | | |
| 1798. ----Northrop Grumman Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1799. ----NV Energy Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1800. ----NVR Inc. (common) (Y) | | | | | | | | | |
| 1801. ----Occidental Petroleum Corp. (common) (Y) | | | | | | | | | |
| 1802. ----Oracle Corp. (common) | | | | | Sold | 06/19/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1803. ----Parker Hannifan Corp. (common) (Y) | | | | | | | | | |
| 1804. ----Pepsico Inc. (common) (Y) | | | | | | | | | |
| 1805. ----Pfizer Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1806. ----Polo Ralph Lauren Corp. (common) (Y) | | | | | | | | | |
| 1807. ----Potash Corp. of Saskatchewan (common) | | | | | Sold (part) | 4/25/12 | J | A | |
| 1808. | | | | | Sold | 5/23/12 | J | A | |
| 1809. ----Precision Castparts Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1810. ----Principal Financial Group (common) (Y) | | | | | | | | | |
| 1811. ----Procter & Gamble Co. (common) (Y) | | | | | Sold (part) | 3/15/12 | J | A | |
| 1812. ----PVH Corp. (common) | | | | | Sold | 07/13/12 | J | A | |
| 1813. ----Qualcomm Inc. (common) | | | | | Sold (part) | 5/21/12 | J | A | |
| 1814. | | | | | Sold | 07/03/12 | J | A | |
| 1815. ----Quanta Services Inc. (common) (Y) | | | | | | | | | |
| 1816. ----Raytheon Company (common) (Y) | | | | | | | | | |
| 1817. ----Reliance Steel & Aluminum (common) (Y) | | | | | | | | | |
| 1818. ----Riverbed Technology Inc. (common) (Y) | | | | | | | | | |
| 1819. ----Rockwell Automation Inc. (common) | | | | | Sold | 1/23/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1820. | | | | | Sold | 07/16/12 | J | A | |
| 1821. ----Ross Stores Inc. (common) (Y) | | | | | | | | | |
| 1822. ----Rovi Corp. (common) (Y) | | | | | | | | | |
| 1823. ----Rowan Companies Inc. (common) (Y) | | | | | | | | | |
| 1824. ----Royal Caribbean Cruises Ltd. (common) (Y) | | | | | | | | | |
| 1825. ----Safeway Inc. (common) (Y) | | | | | | | | | |
| 1826. ----Sara Lee Corp. (common) (Y) | | | | | | | | | |
| 1827. ----Schlumberger Ltd. (common) | | | | | Sold (part) | 06/15/12 | J | A | |
| 1828. | | | | | Sold | 07/16/12 | J | A | |
| 1829. ----Smithfield Foods Inc. (common) (Y) | | | | | | | | | |
| 1830. ----Southwestern Energy (common) (Y) | | | | | | | | | |
| 1831. ----Sprint Nextel Corp. (common) (Y) | | | | | | | | | |
| 1832. ----SPX Corp. (common) (Y) | | | | | | | | | |
| 1833. ----Stanley Black & Decker Inc. (common) (Y) | | | | | | | | | |
| 1834. ----Starbucks Corp. (common) | | | | | Sold (part) | 1/27/12 | J | A | |
| 1835. | | | | | Sold | 07/16/12 | J | B | |
| 1836. ----Steel Dynamics Inc. (common) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1837. ----Suncor Energy Inc. (common) (Y) | | | | | | | | | |
| 1838. ----Supervalu Inc. (common) (Y) | | | | | | | | | |
| 1839. ----Symantec Corp. (common) (Y) | | | | | | | | | |
| 1840. ----Target Corp. (Y) | | | | | | | | | |
| 1841. ----TE Connectivity Ltd. (common) (Y) | | | | | | | | | |
| 1842. ----Teva Pharmaceutical-Spon ADR (Y) | | | | | | | | | |
| 1843. ----Textron Inc. (common) (Y) | | | | | | | | | |
| 1844. ----The Travelers Companies Inc. (common) | | | | | Sold | 3/22/12 | J | A | |
| 1845. ----Time Warner Cable Inc. (common) | | | | | Sold | 07/16/12 | J | B | |
| 1846. ----Transocean Ltd. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1847. ----Tyco Electronics Ltd. (common) (Y) | | | | | | | | | |
| 1848. ----Tyson Foods Inc. (Class A) | | | | | Sold | 07/16/12 | J | A | |
| 1849. ----UnitedHealth Group Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1850. ----United Parcel SVC Inc. (common) | | | | | Sold (part) | 4/12/12 | J | A | |
| 1851. | | | | | Sold | 5/7/12 | J | A | |
| 1852. ----US Bancorp (common) | | | | | Sold | 07/16/12 | J | A | |
| 1853. ----Valero Energy Corp. (common) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1854. ----Vertex Pharmaceuticals Inc. (common) (Y) | | | | | | | | | |
| 1855. ----Viacom Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1856. ----VISA Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1857. ----Vdafone Group PLC-SP ADR (Y) | | | | | | | | | |
| 1858. ----Walmart Stores Inc. | | | | | Sold | 07/16/12 | J | A | |
| 1859. ----Wellpoint Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1860. ----Wells Fargo & Co. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1861. ----Western Dgital Corp. (common) (Y) | | | | | | | | | |
| 1862. ----XL Group PLC (common) (Y) | | | | | | | | | |
| 1863. ----VF Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 1864. ----Walt Disney Co. (common) | | | | | Sold (part) | 06/08/12 | J | A | |
| 1865. | | | | | Sold | 07/16/12 | J | B | |
| 1866. ---AB Discovery Growth Fund CL ADV | | | | | Buy | 6/18/12 | K | | |
| 1867. | | | | | Sold | 07/16/12 | K | A | |
| 1868. ---Abbott Laboratories (common) | | | | | Buy | 06/29/12 | J | | |
| 1869. --American Express (common) | | | | | Sold | 07/16/12 | J | A | |
| 1870. --Amgen Inc. (common) | | | | | Buy | 5/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1871. | | | | | Sold | 07/16/12 | J | A | |
| 1872. ---Ansys Inc. (common) | | | | | Buy | 07/06/12 | J | | |
| 1873. | | | | | Sold | 07/16/12 | J | A | |
| 1874. ---Apollo Group Inc. (Class A) (X) | | | | | Sold | 07/16/12 | J | A | |
| 1875. ---Applied Materials Inc. (common) (X) | | | | | Sold | 07/16/12 | J | A | |
| 1876. ---Boeing Co. (common) (X) | | | | | Sold | 5/7/12 | J | A | |
| 1877. ---Centerpoint Energy Inc. (common) (X) | | | | | Sold | 07/16/12 | J | A | |
| 1878. ---Chevron Corp. (common) | | | | | Buy | 06/08/12 | J | | |
| 1879. | | | | | Sold | 07/16/12 | J | A | |
| 1880. ---Chipotle Mexican Grill (Class A) | | | | | Buy | 06/15/12 | J | | |
| 1881. | | | | | Sold | 07/16/12 | J | A | |
| 1882. ---Coach Inc. (common) | | | | | Buy | 5/24/12 | J | | |
| 1883. | | | | | Sold | 07/16/12 | J | A | |
| 1884. ---Cognizant Tech Solutions (Class A) (X) | | | | | Sold | 07/16/12 | J | A | |
| 1885. ---Dollar Tree Inc. (common) | | | | | Buy | 07/09/12 | J | | |
| 1886. | | | | | Sold | 07/16/12 | J | A | |
| 1887. ---F5 Networks Inc. (common) (X) | | | | | Sold | 07/16/12 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1888. ---Halliburton (common) | | | | | Buy | 06/21/12 | J | | |
| 1889. | | | | | Sold | 07/16/12 | J | A | |
| 1890. ---Hershey Co. (common) | | | | | Buy | 2/28/12 | J | | |
| 1891. | | | | | Sold | 06/26/12 | J | A | |
| 1892. ---Illumina Inc. (common) (X) | | | | | Sold | 07/16/12 | J | A | |
| 1893. ---Informatica Corp. (common) | | | | | Buy | 06/28/12 | J | | |
| 1894. | | | | | Sold | 07/16/12 | J | A | |
| 1895. ---IBM (common) | | | | | Buy | 5/31/12 | J | | |
| 1896. | | | | | Sold | 07/16/12 | J | A | |
| 1897. ---Kimberly-Clark Corp. (common) | | | | | Buy | 06/26/12 | J | | |
| 1898. | | | | | Sold | 07/16/12 | J | A | |
| 1899. ---LAM Reserach Corp. (common) (X) | | | | | Sold | 07/16/12 | J | A | |
| 1900. ---McDonald's Corp. (common) | | | | | Buy | 06/15/12 | J | | |
| 1901. | | | | | Sold | 07/16/12 | J | A | |
| 1902. ---McKesson Corp. (common) | | | | | Buy | 5/8/12 | J | | |
| 1903. | | | | | Buy (add'l) | 5/31/12 | J | | |
| 1904. | | | | | Sold | 07/16/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1905. ---MGM Resorts Int'l (common) | | | | | Buy | 1/6/12 | J | | |
| 1906. | | | | | Sold | 07/16/12 | J | A | |
| 1907. ---National Oilwell Inc. (common) | | | | | Buy | 3/28/12 | J | | |
| 1908. | | | | | Sold | 07/16/12 | J | A | |
| 1909. ---Newell Rubbermaid Inc. (X) | | | | | Sold | 07/16/12 | J | A | |
| 1910. ---O'Reilly Automotive Inc. (common) (X) | | | | | Sold | 07/16/12 | J | A | |
| 1911. ---Oceaneering Int'l Inc. (common) | | | | | Buy | 5/17/12 | J | | |
| 1912. | | | | | Sold | 07/16/12 | J | A | |
| 1913. ---Perrigo Inc. (common) (X) | | | | | Sold | 06/14/12 | J | A | |
| 1914. ---Philip Morris Int'l (common) | | | | | Buy | 5/21/12 | J | | |
| 1915. | | | | | Sold | 07/16/12 | J | A | |
| 1916. ---Priceline.com (common) | | | | | Buy | 06/19/12 | J | | |
| 1917. | | | | | Sold | 07/16/12 | J | A | |
| 1918. ---Reynolds American Inc. | | | | | Buy | 5/22/12 | J | | |
| 1919. | | | | | Sold | 07/16/12 | J | A | |
| 1920. ---Sherwin-Williams Co. (common) | | | | | Buy | 06/13/12 | J | | |
| 1921. | | | | | Sold | 07/16/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**
Page 117 of 120

Name of Person Reporting
Tharp, John J.

Date of Report
05/14/2013

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1922. ---Stryker Corp. (common) | | | | | Buy | 1/11/12 | J | | |
| 1923. | | | | | Sold | 07/16/12 | J | A | |
| 1924. ---Tibco Software Inc. (common) | | | | | Buy | 5/24/12 | J | | |
| 1925. | | | | | Sold | 07/16/12 | J | A | |
| 1926. ---TRW Automotive Holdings Corp. (common) (X) | | | | | Sold | 07/16/12 | J | A | |
| 1927. ---Union Pacific Corp. (common) | | | | | Buy | 06/22/12 | J | | |
| 1928. | | | | | Sold | 07/16/12 | J | A | |
| 1929. ---NOTEX-Northern Funds Tax Exept Fund | | | | | Buy | 09/04/12 | J | | |
| 1930. ---NSIDX-Northern Funds Sall Cap Index Fund | | | | | Buy | 09/04/12 | K | | |
| 1931. ---NOSIX-Northern Funds Stock Index Fund | | | | | Buy | 09/04/12 | M | | |
| 1932. ---NOMIX-Northern Mid Cap Index Fund | | | | | Buy | 09/04/12 | K | | |
| 1933. ---TDTF-Flexshares TR IBOXX 5 yr Tgt TIPS Index Fd | | | | | Buy | 09/04/12 | J | | |
| 1934. ---DVY-IShares Tr Dow Jones Select Divid Index Fd | | | | | Buy | 09/04/12 | K | | |
| 1935. ---GLD-Spdr Gold Tr Gold Shares | | | | | Buy | 09/04/12 | K | | |
| 1936. ---GUNR-Flexshares TR Morningstar Global Upstream Nat ResIdx | | | | | Buy | 09/04/12 | J | | |
| 1937. ---DFCEX-Invt Dimensions Group Emerging Mkts Core Eq Prt | | | | | Buy | 09/05/12 | K | | |
| 1938. ---DFITX-Invt Dimensions Group Int'l Real Estate Secs Ptf | | | | | Buy | 09/05/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

---

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1939. ---PHYIX-Pimco Funds Pac Invt Mgmt Ser HY Fund | | | | | Buy | 09/05/12 | K | | |
| 1940. ---HLMIX-Harding Loevner Funds Inc Int'l Equity Prt | | | | | Buy | 09/05/12 | K | | |
| 1941. ---CIVIX-Causeway Cap Mgmt Tr Int'l Value Fd | | | | | Buy | 09/05/12 | K | | |
| 1942. ---DFREX-Invt Dimensions Gropu Real Estae Secs Prt | | | | | Buy | 09/05/12 | J | | |
| 1943. ---PCRIX-Pimco Pac Invt Mgmt Ser Commodity Real Trn Stgy Fd | | | | | Buy | 09/05/12 | J | | |
| 1944. ---DFEVX-Emerging Markets Value Fd | | | | | Buy | 09/05/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Additional Information Concerning Part I, line 3: Resigned from position prior to judicial appointment.

Additional Information Concerning Part VII.A., Description of Investments and Trusts:
Line 5: Full description: Bright Start 529 Blended Age Based 18 Years Portfolio (no control).
Line 23: Reliant Resources changed its name to NRG Energy and subsequently merged with GenOn Energy, Inc. in December 2012.
Line 67; I am the co-trustee of Trust #1 (a trust created by family member). I have no beneficial interest in that trust and receive no fees.
I have no position or interest in any of the other trusts listed (#2 - 20). _____ a co-trustee of each of those trusts except for Trust #7. ___ is the sole beneficiary of Trusts #2-#5. ___ has a 25% beneficial interest in Trusts #6 and #7. ___ has no beneficial interest in Trusts #8-20.
The assets of the Moles Family Partnership (correct legal name), referenced on Lines 118-403, 942-1227, 1294-1579, and 1643-1928, were invested in a managed investment account at Berstein & Co. Those holdings were liquidated and reinvested in the mutual funds listed at lines 404-419, 1228-1243, 1580-1595, and 1929-1944.
Lines 95, 919, 1271, and 1619: Phillips 66 common stock was inadvertently omitted from the list of assets in each of these trusts in my Nomination report.

Additional Information Concerning Part VII.C., Valuation of Investments and Trusts:
The valuation provided for Trusts #6 and #7 is based on _____ 25% interest, not the full value of trust assets.
Trusts #6 and #7 contain assets that required different valuation methods. For Trust #6, the ___ land valuation method is "W"; the cash account valuation method is "T." For Trust #7, the _____ valuation method is "W"; the valuation method for all other assets listed is "T."

Additional Information Concerning Part VII.D., Transactions:
Line 799, Global Payments Inc.: Stock purchased on 2/4/11; inadvertently omitted from listing of assets held in Trust #7 on Nomination report.
Line 854, WPX Energy Inc.: Stock purchased 5/5/2011 and 7/15/2011; inadvertently omitted from listing of assets held in Trust #7 on Nomination report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John J. Tharp**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544